No. 81–613. SPORHASE ET AL. *v.* NEBRASKA EX REL. DOUGLAS, ATTORNEY GENERAL. Appeal from Sup. Ct. Neb. Probable jurisdiction noted.

No. 80–2162. RAMAH NAVAJO SCHOOL BOARD, INC., ET AL. *v.* BUREAU OF REVENUE OF NEW MEXICO. Appeal from Ct. App. N. M. Motion of Navajo Tribe of Indians for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted.

*Certiorari Granted*

No. 80–1305. ALFRED L. SNAPP & SON, INC., ET AL. *v.* PUERTO RICO EX REL. QUIROS, SECRETARY OF LABOR AND HUMAN RESOURCES. C. A. 4th Cir. Certiorari granted.

No. 80–2146. FLORIDA *v.* ROYER. Dist. Ct. App. Fla., 3d Dist. Certiorari granted.

No. 81–497. SUMMIT VALLEY INDUSTRIES, INC. *v.* LOCAL 112, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA. C. A. 9th Cir. Certiorari granted.

No. 80–2195. UNITED STATES *v.* GOODWIN. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–411. JACKSON TRANSIT AUTHORITY ET AL. *v.* LOCAL DIVISION 1285, AMALGAMATED TRANSIT UNION, AFL–CIO–CLC. C. A. 6th Cir. Motions of American Public Transit Association and National Institute of Municipal Law Officers for leave to file briefs as *amici curiae* granted. Certiorari granted.